RECEIVED
APR 21 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CORY P. ROY, *ET AL.* | CIVIL ACTION NO. 1:16-CV-01179 |
| VERSUS | CHIEF JUDGE DRELL |
| DIXIE R V SUPERSTORE OF ACADIANA, LLC, *ET AL.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Remand (Doc. 17) is GRANTED. IT IS ORDERED that this case be and hereby is REMANDED to the Louisiana Twelfth Judicial District Court in Avoyelles Parish.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 20 day of April, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT